# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN ALLEN STEWART, JR., #301161** § | | **PLAINTIFF** |
| § | | |
| v. § | **CIVIL ACTION NO. 1:07CV1172-LG-JMR** | |
| § | | |
| **HARRISON COUNTY SHERIFF'S** § | | |
| **DEPARTMENT, GEORGE PAYNE, JR.,** § | | |
| **HEALTH ASSURANCE LLC, and DR.** § | | |
| **UNKNOWN COMPTON** § | | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation [87] entered by Chief United States Magistrate Judge John M. Roper, the Court, after a full review and consideration of the Report and Recommendation, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Report and Recommendation [87] entered by Chief United States Magistrate Judge John M. Roper on January 29, 2009, be, and the same hereby is, adopted as the finding of this Court. This lawsuit is hereby **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 19th day of February, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE